UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \*\*

ROBERT L. WILLIAMS,  )
           Plaintiff,  )  CASE NO.: 3:14-CV-00174-RCJ-VPC
             )
v.  )  O R D E R
             )
SPARKS, CITY OF, *et al.*,  )
           Defendants.  )

The Court has considered the Report and Recommendation of United States Magistrate (ECF #6) entered on June 25, 2014, in which the Magistrate Judge recommends that the Court grant Plaintiff's Application to Proceed *in Forma Pauperis* (#1) and file the Complaint (#1-1). Count I of the Complaint will proceed in part and is dismissed in part with leave to amend, and Count II be dismissed without prejudice. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #6),

IT IS HEREBY ORDERED that Plaintiff's Application to Proceed *in Forma Pauperis* (#1) is GRANTED, the Clerk shall file the Complaint (#1-1).

IT IS FURTHER ORDERED that Count II of Plaintiff's Complaint is DISMISSED without PREJUDICE.

IT IS FURTHER ORDERED that Defendants City of Sparks, Sparks Police Department and Sparks Police Chief are DISMISSED without PREJUDICE and with leave to amend.

IT IS SO ORDERED this 4th day of November, 2014.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE