UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| ROBERT WILLIAMS, | ) | 3:14-CV-0174-VPC |
| | ) | |
| Plaintiff, | ) | MINUTES OF THE COURT |
| | ) | |
| vs. | ) | June 26, 2015 |
| | ) | |
| CITY OF SPARKS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

FILED / ENTERED
JUN 2 6 2015
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion for subpoena *duces tecum* (#40) is **DENIED**.

Even assuming *arguendo* that plaintiff's subpoena would lead to the discovery of admissible evidence, the request is denied. Plaintiff is proceeding in this action *in forma pauperis* (#10). In the order granting *in forma pauperis* status, plaintiff was advised that the order did "not extend to the issuance and service of subpoenas at government expense." *Id.* Local Special Rule 1-8. Witness fees are not costs the court will bear on behalf of an indigent litigant. *Dixon v. Ylst*, 990 F.2d 478, 480 (9th Cir. 1992). Moreover, the U.S. Marshal does not serve subpoenas in civil cases, even if payment is made. Therefore, plaintiff would be responsible for making all arrangements for service, the expense of service, and the witness fee. *See* Fed.R.Civ.P. 45; *Tedder v. Odel*, 890 F.2d 210, 211-12 (9th Cir. 1989) (per curiam) (28 U.S.C. § 1915 does not entitle a plaintiff proceeding in forma pauperis to a waiver of witness fees for subpoenas).

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: _____/s/_____
Deputy Clerk